JS-6 ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FAUSTINO LOPEZ,

    Petitioner,

v.

LELAND MCEWEN, Warden,

    Respondent.

Case No. CV 11-7669 FMO (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 22, 2014

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE